IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:17-CR-04 |
| | § | |
| FRANCISCO NAVA-JACOBO | § | |

## NOTICE OF PLEA AGREEMENT

Now Comes the United States of America by and through its United States Attorney and would show the Court that the Defendant, **Francisco Nava-Jacobo**, through his counsel of record, Wayne Dickey, and the Government, have entered into a written plea agreement in relation to the charges now pending before this Court.

Respectfully submitted,

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

*/s/ Allen H. Hurst*
ALLEN H. HURST
Assistant United States Attorney
State Bar No. 10313280
110 North College St., Suite 700
Tyler, Texas 75702
903-590-1400
903-590-1436 (fax)
Email: Allen.Hurst@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Plea Agreement has been served on counsel of record for defendant via the court's CM/ECF system on this the 13th day of March, 2017.

>  */s/Allen H. Hurst*
>  ALLEN H. HURST